UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DUNEDIN DEVELOPMENT CO., LLC,
and SAILWINDS CONDOMINIUM
ASSOCIATION,

        Plaintiffs,
v.                          Case No. 8:09-cv-303-T-33TBM

CITY OF DUNEDIN, FLORIDA, and
RICHARD JOHNSON,

        Defendants.
_____/

## ORDER

This matter comes before the Court pursuant to Defendant Richard Johnson's motion to dismiss count II of the amended complaint or, in the alternative, motion for summary judgment (Doc. # 6), which was filed on March 12, 2009.

On March 19, 2009, Plaintiffs filed an unopposed motion to file a second amended complaint. (Doc. # 9). On March 20, 2009, this Court entered an order granting the motion to amend and noting, "[T]his Court will deny the motion to dismiss as moot once the second amended complaint has been filed." (Doc. # 10 at 2). Plaintiffs filed the second amended complaint on March 27, 2009. (Doc. # 11). Accordingly, this Court denies the motion to dismiss as moot.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant Richard Johnson's motion to dismiss count II of the

amended complaint or, in the alternative, motion for summary judgment (Doc. # 6) is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 30th day of March, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record