UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DUNEDIN DEVELOPMENT CO., LLC., ET AL.,

    Plaintiff,

                            Case No. 8:09-cv-303-T-33AEP

v.

CITY OF DUNEDIN, FLORIDA,

    Defendant.
_____/

**ORDER**

This matter is before the Court pursuant to the parties' Joint Stipulation and Motion Requesting that the Court Stay the Proceedings and the Second Amended Case Management and Scheduling Order (Doc. # 75), which was filed on July 16, 2010.

The parties indicate that they mediated on July 14, 2010, and "in order to address several issues, the parties have agreed that the above litigation should be stayed in order to allow the parties to continue the Mediation and gather additional information that is necessary with respect to any potential agreement between the parties." (Doc. # 75 at 1-2).

The parties request a stay of this case, but do not indicate the duration of the requested stay. The Court will approve the parties' joint stipulation, but is not inclined to grant an infinite stay of this case. The Court "must take an

active role in managing cases on [its] docket." Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1366 (11th Cir. 1997). The Court finds a stay of 60 days from the date of this Order appropriate.

Accordingly, this case is stayed until September 17, 2010. If the parties seek an extension of the stay, they shall file appropriate motions prior to the expiration of the stay.

Accordingly, it is hereby

**ORDERED, ADJUDGED, and DECREED**:

The parties' Joint Stipulation and Motion Requesting that the Court Stay the Proceedings and the Second Amended Case Management and Scheduling Order (Doc. # 75) is **GRANTED** to the extent that the case will be stayed until September 17, 2010.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 19th day of July 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

2