UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DUNEDIN DEVELOPMENT CO., LLC, ET AL.,

    Plaintiffs,

v.                        Case No. 8:09-cv-303-T-33AEP

CITY OF DUNEDIN, FLORIDA,

    Defendant.
_____/

**ORDER**

    This matter is before the Court sua sponte. On October 21, 2010, this Court entered an Order granting the parties' fifth motion to stay this matter. (Doc. # 84). The Court's Order warned that no further extensions of the stay would be granted and that the Court would enter an Order on October 29, 2010: (1) lifting the stay; (2) establishing Plaintiffs' deadline to respond to the City's motion for summary judgment; and (3) setting the case for trial. (Id.)

    As such, the stay of this case is lifted. Plaintiffs' response to the City's motion for summary judgment (Doc. # 66) is due to be filed on or before November 5, 2010. The pretrial conference is rescheduled, and will take place on February 8, 2011. This case is set for a jury trial during the Court's March 2011 trial term. The Court will issue an

amended Case Management and Scheduling Order incorporating these and other deadlines.

To ensure the just, speedy, and inexpensive determination of this action as required by Rule 1, Fed.R.Civ.P., no further extensions of the deadlines contained in the Case Management and Scheduling Order will be granted, absent extraordinary circumstances.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  The **STAY** of this case is **LIFTED**.

(2)  Plaintiffs' response to the City's motion for summary judgment (Doc. # 66) is due on or before **NOVEMBER 5, 2010.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>29th</u> day of October 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record